IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | | |
|---|---|---|
| WALTER ANTONIO CASTILLO-ORELLANA, | * | |
| | * | |
| Petitioner, | | Case No. 1:26-cv-00212-ABA |
| | * | |
| v. | | |
| | * | |
| PAMELA BONDI, *et al.*, | | |
| | * | |
| Respondents. | | |
| | * | |

\* \* \* \* \* \* \*     \* \* \* \* \*

## ORDER

Upon consideration of the Petition for Writ of Habeas Corpus (ECF No. 1) (the "Petition") filed by Petitioner Walter Antonio Castillo-Orellana, the Joint Notice filed by the Parties (ECF No. 9), the entire record in this case, and good cause having been shown, it is this 22nd day of January, 2026, by the United States District Court for the District of Maryland, hereby,

**ORDERED**, that the Petition is **GRANTED IN PART**, based on Petitioner's entitlement to the relief set forth below, and is **DENIED IN PART** as to any further relief at this time:

1. Respondents are **ENJOINED** from detaining Petitioner under 8 U.S.C. § 1225(b);

2. Petitioner is detained under 8 U.S.C. § 1226(a) and is entitled to a bond hearing consistent with 8 C.F.R. §§ 236.1(d), 1003.19 and 1236.1(d);

3. A bond hearing shall be held within ten (10) days of Petitioner's filing of a motion with the Immigration Court;

4. The bond hearing must be conducted by an Immigration Judge with jurisdiction or administrative control over Petitioner's detention and removal proceedings, and the hearing must

comply in all respects with the regulations at 8 C.F.R. §§ 236.1(d), 1003.19, 1236.1(d) and any attendant process available pursuant to these provisions;

5. This Order does not require Respondents to transfer or transport Petitioner to Maryland prior to a bond hearing;

6. If bond is granted and Petitioner is released, nothing in this Order precludes United States Immigration and Customs Enforcement from imposing reasonable conditions of release;

7. If Petitioner is not provided with a bond hearing before an Immigration Judge within ten (10) days of his filing a motion with the Immigration Court, Respondents shall release Petitioner from custody with reasonable conditions, which may include the requirement that Petitioner appear for a bond hearing at an Immigration Court in Maryland;

8. The parties shall provide this Court with a Status Report within 20 days of this Order;

9. Any request for attorney's fees and costs is **DENIED**; and it is further

**ORDERED**, that the Court shall **RETAIN** jurisdiction of this matter to enforce compliance with this Order.

/s/
Adam B. Abelson
United States District Judge