IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

WALTER ANTONIO CASTILLO-ORELLANA,

*Petitioner*,

v.

PAMELA JO BONDI, *et al.*,

*Respondents.*

Case No. 26-cv-0212-ABA

**ORDER**

On February 11, 2026, the Parties filed a joint status report, ECF No. 11, advising the Court that on February 5, 2026, Petitioner had a bond hearing pursuant to the Court's Order, ECF No. 10. Accordingly, the Court ORDERS as follows:

1. The joint status report, ECF No. 11, is ACCEPTED;
2. As Petitioner has been granted the relief to which he is entitled pursuant to ECF No. 10, the Clerk is directed to CLOSE this case.

Date: February 12, 2026

/s/
Adam B. Abelson
United States District Judge